IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

RICARDO EASLEY,

       Appellant,

v.

       Case No. 5D22-1831
       LT Case No. 2015-CF-1144

STATE OF FLORIDA,

       Appellee.

_____/

Decision filed October 11, 2022

3.850 Appeal from the Circuit Court
for Marion County,
Robert W. Hodges, Judge.

Ricardo Easley, Palm Coast, pro se.

No Appearance for Appellee.

PER CURIAM.

      AFFIRMED.

EDWARDS, EISNAUGLE and HARRIS, JJ., concur.